IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN J. PHILPOTT,

        Plaintiff,               No. CIV S-06-1339 MCE GGH P

    vs.

LOU BLANAS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his objections to the January 17, 2007 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's February 15, 2007 request for an extension of time is granted; and

        2.  Plaintiff is granted twenty days from the date of this order in which to file his objections to the January 17, 2007 findings and recommendations.

DATED:  2/28/07

                /s/ Gregory G. Hollows

                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:bb
phil1339.36