IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN J. PHILPOTT,

      Plaintiff,                      No. CIV S-06-1339 MCE GGH P

      vs.

LOU BLANAS, et al.,

      Defendants.                <u>ORDER</u>

_____/

        By an order filed November 9, 2006, the court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. Thirty days passed and plaintiff did not respond to the order. Accordingly, on January 17, 2007, the court recommended that this action be dismissed.

        On March 13, 2007, plaintiff filed objections to the findings and recommendations. Plaintiff states that he sent the forms necessary to effect service directly to the U.S. Marshal. Attached to plaintiff's objections is a memorandum from the U.S. Marshal indicating that they received these documents.

        Good cause appearing, the findings and recommendations are vacated. However, the court observes that plaintiff was directed to send the forms to the court, not the U.S. Marshal. Because plaintiff sent the forms to the U.S. Marshal, it will be more difficult for the court to

1  monitor service of defendants.

2        Good cause appearing, IT IS HEREBY ORDERED that the January 17, 2007,

3  findings and recommendations are vacated.

4  DATED: 5/2/07

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

phil1339.vac