IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN J. PHILPOTT,

      Plaintiff,                               No. CIV S-06-1339 MCE GGH P

    vs.

LOU BLANAS, et al.,

      Defendants.                          ORDER

_____/

        By order filed November 9, 2006, the court ordered plaintiff to complete and return to the court within thirty days the USM-285 forms, summons and copies of the complaint necessary to effect service. Thirty days passed and plaintiff did not respond to this order. Accordingly, on January 17, 2007, the court recommended that this action be dismissed.

        On March 13, 2007, plaintiff filed objections to the findings and recommendations. Plaintiff stated that he sent the forms necessary to effect service directly to the U.S. Marshal. Good cause appearing, on May 3, 2007, the court vacated the findings and recommendations.

        The court has since been informed by the U.S Marshal that there is no record of plaintiff having sent the forms to the Marshal's office. Accordingly, plaintiff is directed to resubmit these forms *to the court*. Plaintiff shall not submit these forms to the U.S. Marshal.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed August 25, 2006.

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant; and

    d. Four copies of the endorsed amended complaint filed August 25, 2006.

3. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 5/23/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
phil1339.ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN J. PHILPOTT,

       Plaintiff,                    No. CIV S-06-1339 MCE GGH P

   vs.

LOU BLANAS, et al.,                 NOTICE OF SUBMISSION

       Defendants.               OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _____      completed summons form

       _____      completed USM-285 forms

       _____      copies of the _____
                           Complaint/Amended Complaint

DATED:

                                 _____
                                 Plaintiff