IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN J. PHILPOTT,

      Plaintiff,                    No. CIV S-06-1339 MCE GGH P

    vs.

LOU BLANAS, et al.,

      Defendants.          <u>ORDER</u>

_____/

      On October 2, 2008, defendants filed a motion to compel the Department of Justice to respond to a subpoena duces tecum. This motion was not served on the Department of Justice nor set for a hearing before the undersigned in accordance with the local rules.

      Accordingly, IT IS HEREBY ORDERED that defendants' October 2, 2008, motion to compel (# 24) is vacated without prejudice to it being served on the Department of Justice and properly noticed for hearing; plaintiff may file an opposition to the re-filed motion within twenty days of it being filed.

DATED: 10/10/08

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

phil1339.ord