IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN J. PHILPOTT,

       Plaintiff,                  No. CIV S-06-1339 MCE GGH P

   vs.

LOU BLANAS, et al.,

       Defendants.       <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file a response to defendants' October 20, 2008 motion to compel. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's October 23, 2008 request for an extension of time (Docket #28) is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file a response to defendants' October 20, 2008 motion to compel.

DATED: 10/31/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
phil1339.36