IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN J. PHILPOTT,

     Plaintiff,                    No. CIV S-06-1339 MCE GGH P

    vs.

LOU BLANAS, et al.,

     Defendants.           <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' October 20, 2007, motion seeking to compel records of plaintiff's criminal history from the California Department of Justice (DOJ). On November 5, 2008, DOJ filed an opposition. On October 31, 2008, plaintiff himself filed an opposition. For the following reasons, defendants' motion is granted.

       In the motion to compel, defendants argue that plaintiff's criminal history records are relevant to this action. In this case, plaintiff challenge the conditions at the Sacramento County Jail where he was detained pursuant to the Sexually Violent Predator Act. The criminal records might be of use in determining the need for certain custody requirements at the jail. In addition, defendants may be able to impeach plaintiff with his criminal history. <u>See</u> Rule 609, Federal Rules of Evidence.

1    DOJ does not dispute that the records are relevant.  Rather, DOJ argues that state law prohibits the release of the records without any state or federal authority.  However, federal law ultimately applies to privilege based discovery involving federal claims, although state privilege law may be instructive insofar as federal and state interests coincide.  See Pagano v. Oroville Hospital, 143 F.R.D. 683, 687 (E.D. Cal. 1993).  Pursuant to Pagano, DOJ cannot in this case rely on state law to oppose the pending discovery request as DOJ's reliance on such state law is primarily procedural in nature .

    Because the information sought is relevant and neither DOJ nor plaintiff himself have put forth any colorable objection based on federal law, the motion to compel is granted.

    Accordingly, IT IS HEREBY ORDERED that

    1.  Defendants' motion to compel (no. 27) is granted; within twenty days of the date of the date of this order, DOJ shall provide the at-issue records to defense counsel;

    2. The Clerk of the Court shall electronically serve a copy of this order on Deputy Attorney General Ashante L. Norton at ashante.norton@doj.ca.gov.

DATED: December 3, 2008

                    /s/ Gregory G. Hollows
                    _____
                    UNITED STATES MAGISTRATE JUDGE

phil1339.com